# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00004-CR

---

**The State of Texas, Appellant**

**v.**

**Jordan Craig Wetz, Appellee**

---

**FROM THE 433RD DISTRICT COURT OF COMAL COUNTY**
**NO. CR2013-564, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The State of Texas filed a notice of appeal from the district court's order granting appellee Jordan Craig Wetz's motion to terminate his probation. The State has now filed a motion to dismiss its appeal, representing that the district court has withdrawn its order. We grant the motion and dismiss the State's appeal.

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Triana, and Smith

Filed: January 29, 2021

Do Not Publish